1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  David M. Herzog
4  Assistant United States Attorney
   Christa M. St. George
5  Law Clerk
6  Post Office Box 1494
7  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
8

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 6 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

9              UNITED STATES DISTRICT COURT
10        FOR THE EASTERN DISTRICT OF WASHINGTON

11  UNITED STATES OF AMERICA,        Case No. 2:19-CR-00219-JTR
                                              ~~2:19-PO-00158-JTR~~
12                     Plaintiff,
                                     INFORMATION SUPERSEDING
13                                   CITATION
14          v.
                                     Vio:  18 U.S.C. § 111(a):
15  JAMES HOLBROOK,                        Assaulting, Resisting, or Impeding
16                                         Certain Officers or Employees
                       Defendant.
17
18
       The United States Attorney charges:
19
20     On or about July 17, 2019, in the Eastern District of Washington, Defendant,
21
22  JAMES D. HOLBROOK, did forcibly assault and interfere with a nurse employed
23  at Mann-Grandstaff Veterans Affairs Medical Center in Spokane, Washington,
24  ///
25
26  ///
27  ///
28

INFORMATION SUPERSEDING CITATION – 1

while said employee was engaged in the performance of official duties, in violation of 18 U.S.C § 111(a).

Dated this 16th day of December, 2019.

William D. Hyslop
United States Attorney

_____
David M. Herzog
Assistant United States Attorney

_____
Christa M. St. George
Law Clerk

INFORMATION SUPERSEDING CITATION – 2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify Defendant's counsel of record.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

*s/ Christa M. St. George*
Christa M. St. George
Law Clerk

INFORMATION SUPERSEDING CITATION – 3