FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES D. HOLBROOK, <br><br> Defendant. | No. 2:19-CR-0219-JTR-1 <br><br> ORDER APPROVING PRETRIAL DIVERSION AGREEMENT AND CONTINUING CASE |

On April 12, 2021, Defendant appeared before the Court with his attorney, Assistant Federal Defender Francisco A. Carriedo. The United States was represented by Assistant United States Attorney Tyler H. L. Tornabene and Law Clerk Chelsea Parker. The Court reviewed the Pretrial Diversion Agreement with Defendant in open court and on the record.

The Court **FINDS** that Defendant signed the agreement after consultation with counsel, and understands the evidence and charges against him, the potential punishment in the event of conviction, as well as the Constitutional rights that he will give up upon the Court's acceptance of this agreement.

The Court **FURTHER FINDS** that Defendant understands the obligations and deadlines imposed upon him by this diversion agreement, and knowingly and voluntarily accepts those obligations and deadlines.

The Court **FURTHER FINDS** that Defendant has entered this Pretrial Diversion knowingly and voluntarily after consultation with counsel, and that the Pretrial Diversion is in the interest of justice.

Accordingly, the Court **ACCEPTS** the Pretrial Diversion Agreement, and **ORDERS** that the matter be continued to **April 12, 2022 at 2:30 p.m.** before the undersigned. If either party wishes to present an unopposed motion to dismiss the

ORDER . . . - 1

case pursuant to the terms of the Pretrial Diversion Agreement, Defendant need not appear in person.

The Court **FURTHER ORDERS** that the $200.00 penalty agreed to at page 5 line 18 of the UNSUPERVISED PRETRIAL DIVERSION AGREEMENT be paid to the Clerk of Court, not the Central Violations Bureau (CVB).

The Court makes **NO FINDINGS** regarding the factual allegations of the case.

**IT IS SO ORDERED.**

DATED April 12, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2