FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. HOLBROOK,<br><br>Defendant. | No. 2:19-CR-00219-JAG-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE<br><br>**MOTION GRANTED**<br>**(ECF No. 36)** |

**BEFORE THE COURT** is the Defendant's Unopposed Motion for Dismissal of Pretrial Diversion and Motion to Dismiss with Prejudice. **ECF No. 36.** Defendant is represented by Assistant Federal Defender J. Stephen Roberts, Jr. The United States is represented by Gabrielle Marquez and Chelsea Parker, Legal Interns, and Timothy J. Ohms, a supervising Assistant United States Attorney.

Defendant moves to dismiss the pretrial division agreement and to dismiss the case, with prejudice, based on Defendant's compliance with the requirements of his April 12, 2021, Unsupervised Pretrial Diversion Agreement, *see* ECF No. 33-1. The United States Attorney's Office does not object to the Motion to Dismiss and agrees this matter should be dismissed with prejudice in light of Defendant's successful completion of his pretrial diversion agreement.

ORDER - 1

Because Defendant has complied with all requirements imposed under the pretrial diversion agreement in this matter, and in the interests of justice, **IT IS ORDERED**

    1.    Plaintiff's Motion to Dismiss, **ECF No. 36**, is **GRANTED**.

    2.    The pending Information Superseding Citation, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED April 8, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2